## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JAMES F. LEWIS,

    Plaintiff,

v.                                              Case No.   5:24-cv-13-MMH-PRL

BRADLEY ARNOLD, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Amended Motion to Dismiss Amended Complaint [Doc. 19] by Detectives Voss and Knight of the Sumter County Sheriff's Office (Dkt. No. 30; Motion) filed on February 28, 2024. Plaintiff filed his Second Amended Complaint (Dkt. No. 39) on March 12, 2024, which rendered moot the parties' previous pleadings.  See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is

**ORDERED:**

Amended Motion to Dismiss Amended Complaint [Doc. 19] by Detectives Voss and Knight of the Sumter County Sheriff's Office (Dkt. No. 30) is **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers this 14th day of March, 2024.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record