## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JAMES F. LEWIS,

    Plaintiff,

v.                                                      Case No. 5:24-cv-13-MMH-PRL

DETECTIVE JOHN KNIGHT and
DETECTIVE SHANNON VOSS,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. On March 4, 2025, Defendants filed their Motion to Dismiss Third Amended Complaint (Dkt. No. 86; Motion). Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida, a response was required to be served and filed on or before March 25, 2025. As of the date of this Order, a response has not been filed. Accordingly, it is **ORDERED:**

Plaintiff is directed to file a response to the Motion on or before **April 18, 2025**, and to show cause by a written response filed by this same date, why this case should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

Plaintiff is cautioned that failure to respond to a Court order may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers this 2nd day of April, 2025.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties