# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JAMES F. LEWIS,

    Plaintiff,

v.                                Case No. 5:24-cv-13-MMH-PRL

DETECTIVE JOHN KNIGHT and
DETECTIVE SHANNON VOSS,

    Defendants.

## O R D E R

In accordance with 28 U.S.C. § 636(b), Rule 1.02, Local Rules, United States District Court, Middle District of Florida, and the Administrative Order (Dkt. No. 3) entered in Case No. 8:20-mc-100-T-23, the Motion to Dismiss Third Amended Complaint by Defendants Voss and Knight (Dkt. No. 86) is hereby **REFERRED** to the Honorable Philip R. Lammens, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the motion.

**DONE AND ORDERED** in Chambers this 17th day of April, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Pro Se Parties